IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

DEC 1 6 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Juan Perez<br>*Plaintiff*<br><br>vs.<br><br>City of Brownsville, Texas; Ben Reyna,<br>individually and in his official capacity as<br>former Chief of Police; Carlos Garcia,<br>individually and in his official capacity as<br>Chief of Police; James Paschall,<br>individually and in his official capacity;<br>and Francisco Gomez<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§  B-03-225<br>§  CIVIL ACTION NO._____<br>§  JURY REQUESTED<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES DEFENDANTS City of Brownsville; Ben Reyna, individually, and in his official capacity as former Chief of Police; Carlos Garcia, individually, and in his official capacity as Chief of Police; and James Paschall, individually, and in his official capacity in the above styled and numbered matter, and files this its Notice of Removal of the present cause from the 404th Judicial District Court of Cameron County, Texas, pursuant to 28 U.S.C. §§ 1441 (b) and 1446 (a), in which it is now pending to the United States District Court for the Southern District of Texas, Brownsville Division, and would respectfully show unto the Court as follows:

I.

On December 2, 2003, Plaintiff Juan Perez filed Plaintiff's First Amended Original Petition against the defendants in the 404th Judicial District Court of Cameron County, Texas, styled <u>Cause</u>

<u>No. 2003-08-004166-G; Juan Perez vs. City of Brownsville; Ben Reyna, individually, and in his official capacity as former Chief of Police; Carlos Garcia, individually, and in his official capacity as Chief of Police; and James Paschall, individually, and in his official capacity; and Francisco Gomez.</u> A copy of Plaintiff's First Amended Original Petition is attached as part of the Index of Exhibits.

## II.

Because plaintiff has alleged violations of federal law in his amended petition, i.e, malicious prosecution under 42 U.S.C § 1983 and civil conspiracy under 42 U.S.C. §§ 1985, this case may be removed to this court by defendants on the basis of federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1441(b).

## III.

Defendants City of Brownsville; Ben Reyna, individually, and in his official capacity as former Chief of Police; Carlos Garcia, individually, and in his official capacity as Chief of Police; James Paschall, individually, and in his official capacity; and Francisco Gomez were served with Plaintiff's First Amended Original Petition on December 2, 2003. Co-Defendant has consented to this removal. This Notice of Removal was timely filed within thirty (30) days from receipt by defendants of Plaintiff's First Amended Original Petition, in accordance with the provision of 28 U.S.C. § 1446(b).

Signed on December 16, 2003.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: *Charles Willette Jr.*
Charles Willette, Jr.
State Bar No. 21509700
USDC No. 1937

Melanie A. Moore
State Bar No. 24014281
USDC No. 32748

Attorneys for Defendants City of Brownsville; Ben Reyna, individually, and in his official capacity as former Chief of Police; Carlos Garcia, individually, and in his official capacity as Chief of Police; and James Paschall, individually, and in his official capacity

## CERTIFICATE OF CONFERENCE

Attorney for Defendants City of Brownsville; Ben Reyna, individually, and in his official capacity as former Chief of Police; Carlos Garcia, individually, and in his official capacity as Chief of Police; and James Paschall, individually, and in his official capacity have conferred with Co-Defendant Francisco Gomez's counsel and Co-Defendant has consented to this removal.

*Charles Willette Jr.*
Charles Willette, Jr.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this Notice of Removal has on December 16, 2003, been forwarded via certified mail, return receipt requested to:

Robert "Bobby" Garcia
Garcia & Lopez
214 West Cano
Edinburg, Texas 78539
Attorney for Plaintiff

Mr. Michael Scott
P.O. Box 1424 W. Price No. 605
Brownsville, Texas 78520
Attorney for Co-Defendant Francisco Gomez

*Charles Willette, Jr.*
Charles Willette, Jr.