IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
DEC 18 2003
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Juan Perez<br>*Plaintiff* | §<br>§<br>§ | |
| vs. | §<br>§ | |
| City of Brownsville, Texas; Ben Reyna, individually and in his official capacity as former Chief of Police; Carlos Garcia, individually and in his official capacity as Chief of Police; James Paschall, individually and in his official capacity; and Francisco Gomez<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-03-225 |

**DEFENDANTS CITY OF BROWNSVILLE; BEN REYNA, INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY AS FORMER CHIEF OF POLICE; CARLOS GARCIA, INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE; AND JAMES PASCHALL, INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY DISCLOSURE OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES DEFENDANTS City of Brownsville; Ben Reyna, individually, and in his official capacity as former Chief of Police; Carlos Garcia, individually, and in his official capacity as Chief of Police; and James Paschall, individually, and in his official capacity, Defendants in the above styled and numbered cause and pursuant to the Court's Order for Conference, hereby certifies that the only persons, associations, etc., that are known to these defendants to be financially interested in the outcome of this litigation are:

    a.    Plaintiff Juan Perez

    b.    Plaintiff's Counsel, Robert "Bobby" Garcia

    c.    Defendant City of Brownsville

d.   Defendant Ben Reyna

e.   Defendant Carlos Garcia

f.   Defendant James Paschall

g.   Texas Municipal League Intergovernmental Risk Pool

h.   Defendant Francisco Gomez

Signed on December 18, 2003.

                                    Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Charles Willette, Jr.
State Bar No. 21509700
USDC No. 1937

Melanie A. Moore
State Bar No. 24014281
USDC No. 32748

**Attorneys for Defendants City of Brownsville; Ben Reyna, individually, and in his official capacity as former Chief of Police; Carlos Garcia, individually, and in his official capacity as Chief of Police; and James Paschall, individually, and in his official capacity**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Disclosures of Interested Parties has on December 18, 2003, been forwarded via certified mail, return receipt requested to:

Robert "Bobby" Garcia
Garcia & Lopez
214 West Cano
Edinburg, Texas 78539
Attorney for Plaintiff

Mr. Michael Scott
P.O. Box 1424 W. Price No. 605
Brownsville, Texas 78520
Attorney for Co-Defendant Francisco Gomez

_____
Charles Willette, Jr.