IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 3 0 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Juan Perez § | |
| § | |
| vs. § | |
| § | |
| City of Brownsville, Texas; Ben Reyna, § | CIVIL ACTION NO. B-03-225 |
| individually and in his official capacity as § | |
| former Chief of Police; Carlos Garcia, § | |
| individually and in his official capacity as § | |
| Chief of Police; James Paschall, § | |
| individually and in his official capacity; § | |
| and Francisco Gomez § | |

## DEFENDANT FRANCISCO GOMEZ' DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES Francisco Gomez, Defendant in the above styled and numbered cause and pursuant to the Court's Order for Conference, hereby certifies that the only persons, associations, etc., that are known to these defendant to be financially interested in the outcome of this litigations are:

a. Plaintiff Juan Perez
b. Plaintiff's Counsel Robert "Bobby" Garcia
c. Defendant City of Brownsville
d. Defendant Ben Reyna
e. Defendant Carlos Garcia
f. Defendant James Paschall
g. Texas Municipal League Intergovernmental Risk Pool
h. Defendant Francisco Gomez

Respectfully submitted,

*[signature]*

Michael M. Scott
State Bar No.24003675
Federal USDC 30387
1424 W. Price Road #605

Brownsville, Texas 78520
Telephone: (956) 546-2253
Facsimile: (956) 546-8208
Attorney for Co-Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true a correct copy of this Disclosure of Interested Parties has been forwarded to all attorneys of record on 30th day of December, 2003.

Robert "Bobby" Garcia
Garcia & Lopez
214 West Cano
Edinburg Texas 78539
Attorney for Plaintiff

Charles Willette Jr.
Willette & Guerra
International Plaza, Suite 460
3505 Boca Chica Blvd
Brownsville Texas 78521
Attorney for Defendants

_____
Michael Scott