IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JAN 0 7 2004
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN PEREZ<br>Plaintiff | § § § | |
| vs. | § § | |
| THE CITY OF BROWNSVILLE, TEXAS; BEN REYNA, INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY AS FORMER CHIEF OF POLICE; CARLOS GARCIA, INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE; JAMES PASCHAL, INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY; AND FRANCISCO GOMEZ<br>Defendants | § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-225<br><br><br><br><br><br><br><br><br><br>CAMERON COUNTY, TEXAS |

**PLAINTIFF JUAN PEREZ' DISCLOSURE OF INTERESTED PARTIES**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

**NOW COMES PLAINTIFF** Juan Perez, in the above styled and numbered cause and pursuant to the Court's Order for Conference, hereby certifies that the only persons, associations, etc., that are known to Plaintiff to be financially interested in the outcome of this litigation are:

- a. Plaintiff Juan Perez
- b. Plaintiff's Counsel, Roberto M. Garcia
- c. Defendant City of Brownsville, *et al.*
- d. Defendant's Counsel, Charles Willette, Jr.
- e. Defendant Ben Reyna
- f. Defendant Carlos Garcia

    g.    Defendant James Paschall

    h.    Texas Municipal League Intergovernmental Risk Pool

    i.    Defendant Francisco Gomez

Signed on January _____5th_____, 2004.

Respectfully submitted,

**GARCIA & LOPEZ**
214 West Cano St.
Edinburg, TX. 78539
Tel: 956-383-0158
Fax: 956-380-0113

By: _____
Roberto M. Garcia
State Bar No. 07645500
USDC. No. 3940

_____
Francisco J. Prado, Jr.
State Bar No. 00794483
USDC No. 20491

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Disclosure of Interested Parties has been issued to all attorneys of records on January _5_, 2004 by via certified mail, return receipt request, telecopier and/or via messenger.

**Charles Willette, Jr.**
Willette & Guerra, L.L.P.
3505 Boca Chica Blvd., Ste. 460
Brownsville, TX 78521

**Michael Scott**
Attorney at Law
1424 W. Price Rd. # 605
Brownsville, TX 78520

Roberto M. Garcia
Francisco J. Prado, Jr.