IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Juan Perez<br>*Plaintiff*<br><br>vs.<br><br>City of Brownsville, Texas; Ben Reyna,<br>individually and in his official capacity as<br>former Chief of Police; Carlos Garcia,<br>individually and in his official capacity as<br>Chief of Police; James Paschall,<br>individually and in his official capacity;<br>and Francisco Gomez<br>*Defendant* | §§§§§§§§§§§§§ | CIVIL ACTION NO. B–03-225 |

*United States District Court
Southern District of Texas
FILED*

*JAN 3 0 2004*

*Michael N. Milby
Clerk of Court*

---

**JOINT REPORT ON MEETING REQUIRED BY RULE 26(F)
AND JOINT DISCOVERY/CASE MANAGEMENT PLAN**

---

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

    The parties met telephonically on **January 21, 2004.**
    Mr. Robert "Bobby" Garcia attended for Plaintiff Juan Perez
    Mr. Charles Willette Jr. attended for Defendant City of Brownsville;Ben Reyna, Carlos Garcia, and James Paschall; and
    Mr. Michael Scott attended for Co-Defendant Francisco Gomez.

2. List the cases related to this one that are pending in any state or federal court with the case number and court.

    None.

3. Specify the allegation of federal jurisdiction.

    This case is brought pursuant to federal question 42 U.S.C. §1983 and 42 U.S.C. §1985.

4. Name the parties who disagree and the reasons.

    None.

5. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

None.

6. List anticipated interventions.

None.

7. Describe class-action issues.

None.

8. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

Initial disclosures will be made within __30__ days from the Initial Pre-Trial conference.

9. Describe the proposed agreed discovery plan, including:

A) Responses to all the matters raised in Rule 26(f).

None.

B) When and to whom the plaintiff anticipates it may send interrogatories.

Plaintiffs anticipate sending interrogatories to Defendants within __60__ days after receiving initial disclosures.

C) When and to whom the defendant anticipates it may send interrogatories.

Defendants anticipate sending interrogatories to Plaintiff within __60__ days after receiving initial disclosures.

D) Of whom and by when the plaintiff anticipates taking oral depositions.

Plaintiff anticipates taking the depositions of Defendants and relevant witnesses within (45) days after receiving Defendants responses to all written discovery.

E) Of whom and by when the defendant anticipates taking oral depositions.

Defendant City of Brownsville, Ben Reyna, Carlos Garcia, and James Paschall anticipate taking the deposition of the Plaintiff, Co-Defendant Francisco Gomez and any relevant witnesses within (45) days after receiving plaintiff's and co-defendant's responses to all written discovery.

Defendant Francisco Gomez anticipates taking the deposition of Plaintiff, Ben Reyna, Carlos Garcia, and James Paschall and any relevant witnesses within (45) days after receiving plaintiff's and co-defendants' responses to all written discovery.

    F)    List expert depositions the plaintiff anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

        None at this time.

    G)    List expert depositions the defendant anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

Defendants will depose any experts designated by Plaintiff within (30) days of receiving Plaintiff's expert report.

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

Defendants City of Brownsville, Ben Reyna, Carlos Garcia, and James Paschall are opposed to proceeding before a magistrate. Plaintiff and Defendant Francisco Gomez are unopposed to proceeding before a magistrate.

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

None.

12. State the date the planned discovery can reasonably be completed.

Discovery will be completed by <u>October 31</u>, 2004.

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

Mediation is a possibility for all parties, though the parties will not know until sufficient discovery has been exchanged.

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

Defendants and Plaintiff are investigating the facts of this case with an eye towards prompt resolution of this matter.

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable.

Mediation may be considered at a later date by all parties.

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint

position on a trial before a magistrate judge.

At this time, Plaintiffs are <u>unopposed</u> to proceeding before a magistrate.

At this time, Defendant Francisco Gomez is <u>unopposed</u> to proceeding before a magistrate.

At this time, Defendants City of Brownsville, Ben Reyna, Carlos Garcia, and James Paschall are <u>opposed</u> to proceeding before a magistrate.

17. State whether a jury demand has been made and if it was made on time.

   A jury demand was made on time.

18. Specify the number of hours it will take to present the evidence in this case.

   Defendant anticipates it will take 40 hours or 5 days.

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

   None.

20. List other motions pending.

   None.

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

   None.

22. List the names, bar numbers, addresses and telephone numbers of all counsel.

Signed on January 30, 2004.

| | |
|---|---|
| Garcia & Lopez<br>214 West Cano<br>Edinburg, Texas 78539<br>Telephone: (956) 383-0158<br>Facsimile: (956) 380-0113 | Law Office of Willette & Guerra, L.L.P<br>International Plaza, Suite 460<br>3505 Boca Chica Blvd.<br>Brownsville, Texas 78520<br>Telephone: (956) 541-1846<br>Facsimile: (956) 541-1893 |

*Robert Bobby Garcia w/p mm*
Robert "Bobby" Garcia
State Bar No. 07645500
USDC No. 3940
Attorney for Plaintiff Juan Perez

*Charles Willette Jr w/p mm*
Charles Willette Jr.
State Bar No. 21509700
USDC No. 1937
Attorney for Defendants City of Brownsville, Ben Reyna, Carlos Garcia, and James Paschall

Michael Scott
1424 W. Price No. 605
Brownsville, Texas 78520
Telephone: (956) 546-2253
Facsimile: (956) 546-8208

*Michael Scott w/p mm*
Michael Scott
State Bar No. 24003675
USDC No. 30387
Attorney for Co-Defendant Francisco Gomez