United States District Court
Southern District of Texas
FILED

FEB 1 3 2004

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

INITIAL PRETRIAL & SCHEDULING CONFERENCE

CIVIL ACTION NO. B-03-225    DATE & TIME: 2/13/04 @ 9:39 - 9:50 a.m.
COUNSEL:

JUAN PEREZ                    §   Francisco Prado

VS                            §

CITY OF BROWNSVILLE, ET AL    §   Charles Willette/Michael Scott

---

Courtroom Deputy: Irma Soto
Law Clerk:        Michele O'Leary
Court Reporter:   Barbara Barnard
CSO:              Figueroa

Case called on the docket. Francisco Prado appeared for the Plaintiff. Charles Willette appeared for Defts, City of Brownsville, et al. Michael Scott appeared for Deft, Francisco Gomez.

Parties file their Amended Joint Report and Joint Discovery/Management Plan.

The following deadlines are set by the Court:

    Docket Call is set for 11/30/04 @ 1:30 p.m.
    Jury Selection is set for December 2, 2004 @ 9:00 a.m. Counsel to do
        voir dire. Jury to be 12 members with a 10/2 verdict.
    Pretrial Order due by 11/12/04
    Discovery completed by 10/31/04
    Plaintiff's experts named by 7/30/04
    Defendants' experts named by 8/30/04
    Dispositive motions be filed by 9/17/04

Any of the above deadlines, with the exception of Docket Call, Jury Selection and Pretrial Order dates, can be changed by agreement among the attorneys w/written notification to the Court of any agreed changes.

Plaintiff's request for leave to file amend pleadings is GRANTED and has 30 days to do so. Defendants have 30 days to respond.

Court is adjourned.