# Garcia & Lopez
### Attorneys - Mediators
### 214 West Cano
### Edinburg, Texas 78539

United States District Court
Southern District of Texas
FILED

MAR 1 7 2004

Michael N. Milby
Clerk of Court

Roberto M. Garcia
Raymundo Lopez

Associate:
Francisco J. Prado, Jr.

Tel: (956) 383-0198
Fax: (956) 380-0113

March 15, 2004

Charles Willette, Jr
Melanie Moore
Willette & Guerra, L.L.P.
1534 E. 6th Street, Ste. 200
Brownsville, Texas 78520

**Via Facsimile Only**
956.504.6988

RE: Rule 11 Agreement; CIVIL ACTION NO. B-03-225; Juan Perez v. The City of Brownsville, et. al.; IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION.

Dear Mr. Willette:

The deadline for Amended Pleadings is today. I would respectfully request an additional week to file my clients Amended Pleading with the court. If you agree please sign where indicated below. If so please fax it back, so that we can file today with the clerk. If you are not in agreement, please let me know as soon as possible.

Sincerely,

GARCIA & LOPEZ

*[signature]*
FRANCISCO J. PRADO, JR.

**AGREED AS STATED:**

*[signature]*
Charles Willette, Jr.
Melanie Moore

FJP/cg