IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 3 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUAN PEREZ<br>*Plaintiff*, | §<br>§<br>§ |
| vs. | §<br>§ |
| CITY of BROWNSVILLE, TEXAS;<br>BEN REYNA, individually and in his<br>official capacity as former Chief of Police;<br>CARLOS GARCIA, individually and in his<br>official capacity as Chief of Police; JAMES<br>PASCAL, individually and in his official<br>capacity, and FRANCISCO GOMEZ,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. B-03-225 |

DEFENDANT'S ANSWER TO
PLAINTIFF'S SECOND AMENDED ORIGINAL COMPLIANT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW FRANCISCO GOMEZ, defendant, and for his answer to Plaintiff's Second Amended Original Complaint states the following:

1. Defendant GOMEZ lacks sufficient information to admit or deny the allegations contained in paragraphs 1 - 5 of the complaint.

2. Defendant GOMEZ admits the allegations in paragraph 6 of the complaint.

3. Defendant GOMEZ lacks sufficient information to admit or deny the allegations contained in paragraphs 7 - 12 of the complaint.

4. Defendant GOMEZ admits only ownership of the establishment known as "El Rincon de Pancho Bar." Defendant GOMEZ lacks sufficient information to admit or deny all other allegations contained in paragraphs 13 of the complaint.

5. Defendant GOMEZ lacks sufficient information to admit or deny the allegations contained in paragraphs 14 - 37 of the complaint.

Respectfully submitted,

*Michael M. Scott*
Michael M. Scott
1424 W. Price Road
Suite 605
Brownsville, TX 78520
Tel: 956-546-2259
Fax: 956-546-8208

Attorney for Francisco GOMEZ


CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2004, a true and correct copy of this Defendant's Answer to Plaintiff's Second Amended Original Petition was sent via certified mail, return receipt requested, to the attorneys of record listed below:

Melanie Moore
Willette & Guerra, L.L.P.
1534 E. 6th Street, Ste. 200
Brownsville, TX 78520
Certified Mail Receipt No. 7001 1140 0002 2377 3936


Roberto M. Garcia
Garcia & Lopez
214 West Cano
Edinburg, TX 78539
Certified Mail Receipt No. 7001 1140 0002 2377 3929

*Michael M. Scott*
Michael M. Scott