IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Juan Perez | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | |
| | § | |
| City of Brownsville, Texas; Ben Reyna, | § | |
| individually and in his official capacity as | § | CIVIL ACTION NO. B–03-225 |
| former Chief of Police; Carlos Garcia, | § | |
| individually and in his official capacity as | § | |
| Chief of Police; James Paschall, | § | |
| individually and in his official capacity; | § | |
| and Francisco Gomez | § | |
| *Defendant* | § | |

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Charles Willette, Jr., one of the attorneys in the above styled and numbered cause and notifies the court and all parties of a change of address. Effective immediately, all further correspondence and pleadings should be sent to the following address:

Charles Willette, Jr.
Melanie A. Moore
Willette & Guerra, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: 956-541-1846
Facsimile: 956-541-1893

It is respectfully requested that the Clerk of the Court accordingly revise the Court's records and note this change of address.

Signed on April 6, 2004.

Respectfully Submitted,

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: 956-541-1846
Facsimile: 956-541-1893

By: _____
Charles Willette Jr.
State Bar No. 21509700
USDC No. 1937

Melanie A. Moore
State Bar No. 24014281
USDC No. 32748

**Attorneys for Defendants City of Brownsville; Ben Reyna, Carlos Garcia, and James Paschall**

## CERTIFICATE OF SERVICE

I hereby certified that on April 6, 2004, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record via certified mail return receipt requested as follows:

Robert "Bobby" Garcia
Garcia & Lopez
214 West Cano
Edinburg, Texas 78539

Mr. Michael Scott
P.O. Box 1424 W. Price No. 605
Brownsville, Texas 78520

_____
Charles Willette, Jr.