IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

MAY 19 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Juan Perez<br>*Plaintiff*<br><br>vs.<br><br>City of Brownsville, Texas; Ben Reyna,<br>individually and in his official capacity as<br>former Chief of Police; Carlos Garcia,<br>individually and in his official capacity as<br>Chief of Police; James Paschall,<br>individually and in his official capacity;<br>and Francisco Gomez<br>*Defendant* | §§§§§§§§§§§§§§ | CIVIL ACTION NO.   B-03-225 |

---

**DEFENDANTS' DESIGNATION OF ATTORNEY IN CHARGE**

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW, City of Brownsville; Ben Reyna, individually and in his official capacity as former Chief of Police; Carlos Garcia, individually and in his official capacity as Chief of Police; and James Paschall, individually and in his official capacity, Defendants in the above-styled and numbered cause, and hereby files its designation of attorney in charge:

Eileen M. Leeds
State Bar No. 00791093
Federal I.D. No. 16799

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Ste. 200
Brownsville, Texas 78520
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

as attorney-in-charge on its behalf to have full control and management of its cause and to receive all further communications from the Court and other counsel relating to this cause.

03-233 Perez:   attyincharge
Page 1

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
1534 E. 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: *Eileen Leeds*
Eileen M. Leeds
State Bar No. 00791093
USDC Adm. No. 16799

Melanie A. Moore
State Bar No. 24014281
USDC Adm. No. 32748

**Attorneys for Defendants City of Brownsville; Ben Reyna, individually and in his official capacity as former Chief of Police; Carlos Garcia, individually and in his official capacity as Chief of Police; and James Paschall, individually and in his official capacity.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of May, 2004, a true and correct copy of the above and foregoing instrument has been forwarded to opposing counsel of record as noted hereunder.

Mr. Robert "Bobby" Garcia
Mr. Frank Prado
Garcia & Lopez
214 West Cano
Edinburg, Texas 78539

Mr. Michael Scott
1424 W. Price, Ste. 605
Brownsville, Texas 78520

*Eileen Leeds*
Eileen M. Leeds

03-233 Perez:   attyincharge
Page 2