IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Juan Perez<br>*Plaintiff*<br><br>vs.<br><br>City of Brownsville, Texas; Ben Reyna, individually and in his official capacity as former Chief of Police; Carlos Garcia, individually and in his official capacity as Chief of Police; James Paschall, individually and in his official capacity; and Francisco Gomez<br>*Defendant* | § § § § § § § § § § § § § § § §  CIVIL ACTION NO. B–03-225 |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Be it remembered that on the _____ day of _____, 2004, came on to be heard Defendants' Motion to Dismiss and the court after considering said motion determines that it should in all things be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss is GRANTED. It is further ORDERED that all of Plaintiff's claims be and are hereby DISMISSED with prejudice.

All relief requested and not expressly granted is hereby denied.

ENTERED on this the _____ day of _____, 2004.

_____
UNITED STATES JUDGE

Copies to:

Ms. Eileen M. Leeds, Willette & Guerra, L.L.P., 1534 E. 6th St. Ste. 200, Brownsville, Texas 78520
Mr. Robert "Bobby" Garcia, Garcia & Lopez, 214 West Cano, Edinburg, Texas 78539
Mr. Michael Scott, 1424 W. Price No. 605, Brownsville, Texas 78520