IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Juan Perez | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | |
| | § | |
| City of Brownsville, Texas; Ben Reyna, | § | |
| individually and in his official capacity as | § | CIVIL ACTION NO. B–03-225 |
| former Chief of Police; Carlos Garcia, | § | |
| individually and in his official capacity as | § | |
| Chief of Police; James Paschall, | § | |
| individually and in his official capacity; | § | |
| and Francisco Gomez | § | |
| *Defendant* | § | |

## ORDER SETTING HEARING ON DEFENDANTS' MOTION TO DISMISS

On this the _____ day of _____, 2004 came on for consideration, Defendants' Motion to Dismiss. The court, having reviewed said motion together with the papers on file is of the opinion that a hearing shall be held thereon.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED, that the Defendants' Motion to Dismiss is hereby set for hearing on the _____ day of _____, 2004 at _____ o'clock in this Honorable Court.

Signed for entry on this _____ day of _____, 2004.

 

_____
UNITED STATES JUDGE

Copies to:

Ms. Eileen M. Leeds, Willette & Guerra, L.L.P., 1534 E. 6th St. Ste. 200, Brownsville, Texas 78520
Mr. Robert "Bobby" Garcia, Garcia & Lopez, 214 West Cano, Edinburg, Texas 78539
Mr. Michael Scott, 1424 W. Price No. 605, Brownsville, Texas 78520