IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PEREZ<br>*Plaintiff,* | §<br>§<br>§ | |
| vs. | §<br>§ | |
| CITY of BROWNSVILLE, TEXAS;<br>BEN REYNA, individually and in his<br>official capacity as former Chief of Police;<br>CARLOS GARCIA, individually and in his<br>official capacity as Chief of Police; JAMES<br>PASCAL, individually and in his official<br>capacity, and FRANCISCO GOMEZ,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-03-225 |

## ORDER SETTING HEARING ON DEFENDANTS' MOTION TO DISMISS

On this the _____ day of _____, 2004, the Court came to consider Defendant Gomez's Motion to Dismiss. After considering the pleading, documents and other evidence the Court has determined that a hearing shall be held thereon.

IT IS, THEREFORE, ORDERED that Defendant Gomez's Motion to dismiss is hereby set for a hearing on the _____ day of _____, 2004, at _____ am/pm in this Honorable Court.

ENTERED on this the _____ day of _____, 2004.

_____
UNITED STATE DISTRICT JUDGE

Copies to:   Ms Eileen M. Leeds, Willette & Guerra, L.L.P., 1534 E. 6th St., Ste. 200, Brownsville, TX 78520
Mr. Robert Garcia, Garcia & Lopez, 214 West Cano, Edinburg, TX 78539
Mr. Michael M. Scott, 1424 W. Price Rd, Ste 605, Brownsville, TX 78520