IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PEREZ<br>*Plaintiff,*<br><br>vs.<br><br>CITY of BROWNSVILLE, TEXAS;<br>BEN REYNA, individually and in his<br>official capacity as former Chief of Police;<br>CARLOS GARCIA, individually and in his<br>official capacity as Chief of Police; JAMES<br>PASCAL, individually and in his official<br>capacity, and FRANCISCO GOMEZ,<br>*Defendants.* | § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-225 |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

On this the _____ day of _____, 2004, the Court came to consider Defendant Gomez's Motion for Judgment on the Pleadings. After considering the pleading, documents and other evidence the Court determines that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Defendant Gomez's Motion todismiss is Granted. It is further ORDERED that Plaintiff's claims and all of them against Defendant Gomez are hereby DISMISSED with prejudice.

ENTERED on this the _____ day of _____, 2004.


_____
UNITED STATE DISTRICT JUDGE


Copies to:   Ms Eileen M. Leeds, Willette & Guerra, L.L.P., 1534 E. 6th St., Ste. 200, Brownsville, TX 78520
Mr. Robert Garcia, Garcia & Lopez, 214 West Cano, Edinburg, TX 78539
Mr. Michael M. Scott, 1424 W. Price Rd, Ste 605, Brownsville, TX 78520