IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN PEREZ,<br>　　*Plaintiff,*<br><br>vs.<br><br>CITY of BROWNSVILLE, TEXAS;<br>BEN REYNA, individually and in his<br>official capacity as former Chief of Police;<br>CARLOS GARCIA, individually and in his<br>official capacity as Chief of Police; JAMES<br>PASCAL, individually and in his official<br>capacity, and FRANCISCO GOMEZ,<br>　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§     CIVIL ACTION NO. B-03-225<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER SETTING HEARING ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

On this the _____ day of _____, 2004, the Court came to consider Defendant Gomez's Motion for Judgment on the Pleadings. After considering the pleading, documents and other evidence the Court has determined that a hearing shall be held thereon.

IT IS, THEREFORE, ORDERED that Defendant Gomez's Motion for Judgment on the Pleadings is hereby set for a hearing on the _____ day of _____, 2004, at _____ am/pm in this Honorable Court.

ENTERED on this the _____ day of _____, 2004.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATE DISTRICT JUDGE

Copies to:　　Ms Eileen M. Leeds, Willette & Guerra, L.L.P., 1534 E. 6th St., Ste. 200, Brownsville, TX 78520
　　　　　　　Mr. Robert Garcia, Garcia & Lopez, 214 West Cano, Edinburg, TX 78539
　　　　　　　Mr. Michael M. Scott, 1424 W. Price Rd, Ste 605, Brownsville, TX 78520