IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 9 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUAN PEREZ<br>Plaintiff | §<br>§<br>§ |
| vs. | §<br>§ |
| THE CITY OF BROWNSVILLE,<br>TEXAS; BEN REYNA, INDIVIDUALLY,<br>AND IN HIS OFFICIAL CAPACITY<br>AS FORMER CHIEF OF POLICE;<br>CARLOS GARCIA, INDIVIDUALLY,<br>AND IN HIS OFFICIAL CAPACITY<br>AS CHIEF OF POLICE; JAMES<br>PASCHAL, INDIVIDUALLY, AND<br>IN HIS OFFICIAL CAPACITY;<br>AND FRANCISCO GOMEZ<br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

CIVIL ACTION NO. B-03-225

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiff and Defendants, and file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii)

1. Plaintiff is JUAN PEREZ (PEREZ). Defendants are THE CITY OF BROWNSVILLE, TEXAS; BEN REYNA, INDIVIDUALLY AND IN OFFICIAL CAPACITY AS FORMER CHIEF OF POLICE; CARLOS GARCIA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE; JAMES PASCHAL, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; and FRANCISCO GOMEZ.

2. On August 18, 2003, Plaintiff sued Defendants. This case was removed to this Court from state court on December 16, 2003.

3. Plaintiff moves to dismiss the suit.

4. Defendants, who have answered, agree to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed to this action.

7. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is with prejudice.

Respectfully submitted,

GARCIA & LOPEZ
214 West Cano St.
Edinburg, TX. 78539
Tel: 956-383-0158
Fax: 956-380-0113

By: *Roberto M. Garcia* /s/

Roberto M. Garcia
State Bar No. 07645500
USDC. No. 3940

Francisco J. Prado, Jr.
State Bar No. 00794483
USDC No. 20491
ATTORNEYS FOR PLAINTIFF

WILLETE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, TX 78520
Tel: 956 541-1846
Fax: 956-541-1893

By: _____

Charles Willette, Jr.
State Bar No. 21509700
USDC No. 1937

Melanie A. Moore
State Bar No. 24014281
USDC No. 32748

ATTORNEYS for Defendants City of Brownsville; Ben Reyna, Individually and in his official capacity; Carlos Garcia, individually and in his official capacity; and James Paschall, individually and in his official capacity.

MICHAEL M. SCOTT
Attorney at Law
1424 W. Price Road, Suite 605
Brownsville, TX 78520
Tel: 956-546-2253
Fax: 956-546-8208


By: _____
Michael M. Scott
ATTORNEY FOR DEFENDANT
FRANCISCO GOMEZ


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Plaintiff's Notice of Dismissal has been issued to all attorneys of record on November 8, 2004 by via certified mail, return receipt request, telecopier and/or via messenger.


**Charles Willette, Jr.**
Willette & Guerra, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520.

**Michael Scott**
Attorney at Law
1424 W. Price Rd. # 605
Brownsville, TX 78520

_____
Roberto M. Garcia
Francisco J. Prado, Jr.

7. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is with prejudice.

Respectfully submitted,

GARCIA & LOPEZ
214 West Cano St.
Edinburg, TX 78539
Tel: 956-383-0158
Fax: 956-380-0113

By: *Roberto M. Garcia* /s/

Roberto M. Garcia
State Bar No. 07645500
USDC. No. 3940

Francisco J. Prado, Jr.
State Bar No. 00794463
USDC No. 20491
ATTORNEYS FOR PLAINTIFF

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, TX 78520
Tel: 956 541-1846
Fax: 956-541-1893

By: *Charles Willette Jr.* /s/

Charles Willette, Jr.
State Bar No. 21509700
USDC No. 1937

Melanie A. Moore
State Bar No. 24014281
USDC No. 32746

ATTORNEYS for Defendants City of Brownsville; Ben Reyna, Individually and in his official capacity; Carlos Garcia, individually and in his official capacity; and James Paschall, individually and in his official capacity.

MICHAEL M. SCOTT
Attorney at Law
1424 W. Price Road, Suite 605
Brownsville, TX 78520
Tel: 956-546-2253
Fax: 956-550-0641

By: *[signature]*
Michael M. Scott
ATTORNEY FOR DEFENDANT
FRANCISCO GOMEZ

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Plaintiff's Notice of Dismissal has been issued to all attorneys of record on November 8, 2004 by via certified mail, return receipt request, telecopier and/or via messenger.

*Charles Willette, Jr.*
Willette & Guerra, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520.

*Michael Scott*
Attorney at Law
1424 W. Price Rd. # 605
Brownsville, TX 78520

*[signature]*
Roberto M. Garcia
Francisco J. Prado, Jr.