IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PEREZ<br>　　　Plaintiff | § § § | |
| vs. | § § | |
| THE CITY OF BROWNSVILLE, TEXAS; BEN REYNA, INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY AS FORMER CHIEF OF POLICE; CARLOS GARCIA, INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE; JAMES PASCHAL, INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY; AND FRANCISCO GOMEZ<br>　　　Defendants | § § § § § § § § § § § § | CIVIL ACTION NO. B-03-225 |

### ORDER ON MOTION/STIPULATION TO DISMISS

AFTER CONSIDERING Plaintiff's Motion to Dismiss and the parties' stipulation to dismiss, the Court:

GRANTS the stipulation and dismisses the case with prejudice.

SIGNED ON _____, 2004.


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE


APPROVED & ENTRY REQUEST

_[signature]_
Roberto M. Garcia
Francisco J. Prado, Jr.
Attorneys for Plaintiff