IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
NOV 1 5 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUAN PEREZ<br>    Plaintiff | §<br>§<br>§ |
| vs. | §<br>§ |
| THE CITY OF BROWNSVILLE,<br>TEXAS; BEN REYNA, INDIVIDUALLY,<br>AND IN HIS OFFICIAL CAPACITY<br>AS FORMER CHIEF OF POLICE;<br>CARLOS GARCIA, INDIVIDUALLY,<br>AND IN HIS OFFICIAL CAPACITY<br>AS CHIEF OF POLICE; JAMES<br>PASCHAL, INDIVIDUALLY, AND<br>IN HIS OFFICIAL CAPACITY;<br>AND FRANCISCO GOMEZ<br>    Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

CIVIL ACTION NO. B-03-225

### ORDER ON MOTION/STIPULATION TO DISMISS

AFTER CONSIDERING Plaintiff's Motion to Dismiss and the parties' stipulation to dismiss, the Court:

GRANTS the stipulation and dismisses the case with prejudice.

SIGNED ON _Nov. 15_, 2004.

_____
U.S. DISTRICT JUDGE


APPROVED & ENTRY REQUEST

_____
Roberto M. Garcia
Francisco J. Prado, Jr.
Attorneys for Plaintiff