United States District Court
Southern District of Texas
ENTERED

NOV 2 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### —BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| JUAN PEREZ, | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIV. NO. B-03-225 |
| | § | |
| CITY of BROWNSVILLE, TEXAS; | § | |
| BEN REYNA, individually and in his | § | |
| official capacity as former Chief of Police; | § | |
| CARLOS GARCIA, individually and in | § | |
| his official capacity as Chief of Police; | § | |
| JAMES PASCAL, individually and in his | § | |
| official capacity; and FRANCISCO | § | |
| GOMEZ, | § | |
|     Defendants. | § | |

## ORDER

On November 15, 2004, this Court granted the parties' Stipulation of Dismissal.

Consequently, Defendant Francisco Gomez' Motion for Judgment on the Pleadings (docket

number 19) is hereby denied as moot.

Signed in Brownsville, Texas, this 20th day of November, 2004.

Andrew S. Hanen
United States District Judge